**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 03-7927

———————————

TAMMY M. STONE,

Petitioner - Appellant,

versus

TIM HALLORAN, Kanawha County Magistrate,

Respondent - Appellee.

———————————

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Charles H. Haden II, District Judge.  (CA-03-2313-2)

———————————

Submitted:  March 25, 2004        Decided:  March 31, 2004

———————————

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Tammy M. Stone, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tammy M. Stone, a state prisoner, seeks to appeal the district court's order adopting the magistrate judge's recommendation and denying relief on her petition filed under 28 U.S.C. § 2241 (2000). We have independently reviewed the record and conclude that Stone has not made a substantial showing of the denial of a constitutional right. See Miller-El v. Cockrell, 537 U.S. 322 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED